UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW MALDONADO,

Plaintiff,

v.

A. GUAJARDO, et al.,

Defendants.

Case No. 26-cv-04490-TSH

**ORDER OF TRANSFER**

Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging that, from August to October 2025, Folsom State Prison ("FSP") correctional officers A. Guajardo, J. Holloway, Noriega, C. Sparksmen, and Houston violated his civil rights when he was housed at FSP. Plaintiff is currently housed at Pleasant Valley State Prison ("PVSP"), in Coalinga, California, which is located in Fresno County. The events giving rise to Plaintiff's claim occurred at Folsom State Prison and there is no allegation that any defendant resides in this district. Folsom State Prison is located in Sacramento County. Both Sacramento County and Fresno County lie within the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case in this district.

**IT IS SO ORDERED.**

Dated: May 22, 2026

THOMAS S. HIXSON
United States Magistrate Judge